UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY ET AL, | No. C-13-04530 DMR |
| Plaintiff(s), | **ORDER TO SUBMIT STATUS REPORT** |
| v. | |
| GRAYSTONE PARTNERS LP, | |
| Defendant(s). | |

The Complaint in this case was filed on October 1, 2013. According to the Scheduling Order for Cases Asserting Denial of Right of Access Under Americans With Disabilities Act, the last day for the Plaintiff to file a "Notice of Need for Mediation" was on or about February 25, 2014. No such notice has been filed. By no later than March 21, 2014, Plaintiff is ordered to submit a report regarding the status of this case.

IT IS SO ORDERED.

Dated: March 12, 2014

DONNA M. RYU
United States Magistrate Judge