1
2
3
4
5
6
7

**United States District Court**
For the Northern District of California

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11   DAREN HEATHERLY ET AL,                    No. C-13-04530 DMR

12            Plaintiff(s),                     **ORDER TO SUBMIT SECOND STATUS REPORT**

13        v.

14   GRAYSTONE PARTNERS LP,

15            Defendant(s).
     _____/

16

17        The Complaint in this case was filed on October 1, 2013.  According to the Scheduling Order

18   for Cases Asserting Denial of Right of Access Under Americans With Disabilities Act, the last day

19   for the Plaintiff to file a "Notice of Need for Mediation" was on or about February 25, 2014.  On

20   March 12, 2014, the court ordered Plaintiff to submit a status report.  [Docket No. 12.]  Plaintiff

21   filed the requested status report on March 18, 2014, indicating that the parties were in the process of

22   negotiating a settlement and if necessary, would file a notice of need for mediation by April 18,

23   2014. [Docket No. 13.]  No such notice has been filed.  Therefore, Plaintiff shall submit an updated

24   status report by no later than May 9, 2014.

25        IT IS SO ORDERED.

26   Dated:  May 1, 2014

27                                              _____
                                                DONNA M. RYU
28                                              United States Magistrate Judge