UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY ET AL, | No. C-13-04530 DMR |
| Plaintiff(s), | **ORDER TO SUBMIT STATUS REPORT** |
| v. | |
| GRAYSTONE PARTNERS LP, | |
| Defendant(s). | |

On July 10, 2014, the court granted the parties' stipulated request to continue the mediation deadline to October 3, 2014. [Docket No. 19.] By no later than November 21, 2014, Plaintiffs are ordered to submit a report regarding the status of this case.

IT IS SO ORDERED.

Dated: November 14, 2014

_____
DONNA M. RYU
United States Magistrate Judge