UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY ET AL, | No. C-13-04530 DMR |
| Plaintiff(s), | **ORDER TO SUBMIT UPDATED STATUS REPORT** |
| v. | |
| GRAYSTONE PARTNERS LP, | |
| Defendant(s). | |

The court has received Defendant's status report. [Docket No. 29.] The parties shall file an updated status report by no later than January 12, 2015.

IT IS SO ORDERED.

Dated: December 15, 2014

DONNA M. RYU
United States Magistrate Judge