UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY ET AL, | No. C-13-04530 DMR |
| Plaintiff(s), | **ORDER TO SUBMIT FURTHER STATUS REPORT** |
| v. | |
| GRAYSTONE PARTNERS LP, | |
| Defendant(s). | |

The court has received Defendant's January 12, 2015 status report. [Docket No. 31.] The parties shall file an updated status report by no later than February 2, 2015 if a request for dismissal has not been filed by that date.

IT IS SO ORDERED.

Dated: January 14, 2014

DONNA M. RYU
United States Magistrate Judge